UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILLY WILLINGHAM )
(a/k/a Remington LeBoe), )
 ) Case No. 05-0099-RSM-JPD
    Plaintiff, )
 )
    v. )
 ) SHOW CAUSE ORDER
OFFICER PHILLIPS, et al., )
 )
    Defendants. )
_____

Plaintiff is proceeding pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. The dispositive motion deadline set by the Court has passed, but no dispositive motions have been filed by either party. *See* Dkt. No. 20. Because it appears that this case will proceed to trial, appointment of counsel may be prudent. The Court therefore ORDERS as follows:

(1) Plaintiff's is directed to advise the Court as to whether he wishes to have counsel appointed in this case or whether he wishes to continue his *pro se* status.

(2) Defendants are directed to SHOW CAUSE as to why plaintiff should not be appointed counsel in light of the pending trial.

(3) The parties shall file their responses with the Court **no later than September 6, 2005**. The parties are further advised that all motions must be filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Ricardo S. Martinez.

SHOW CAUSE ORDER
PAGE -1

01        DATED this 22nd day of August, 2005.

02
                                            *James P. Donohue*
03                                    _____
                                            JAMES P. DONOHUE
04                                          United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SHOW CAUSE ORDER
PAGE -2