UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BILLY WILLINGHAM, | ) |
| Plaintiff, | ) Case No. 05-0099-RSM-JPD |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| OFFICER PHILLIPS, et al., | ) |
| Defendants. | ) |

Plaintiff is proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 civil rights action. On August 22, 2005, after the dispositive motion deadline for this case had passed, the Court issued an order directing the plaintiff to inform the Court as to whether he wished to continue his pro se status, and directing defendants to show cause as to why counsel should not be appointed. Dkt. No. 28. Neither party responded timely to the order.[1]

On September 9, 2005, the Court issued a show-cause order directing plaintiff to show cause as to why his case should not be dismissed for failure to prosecute, and directing defendants to inform the Court as to whether plaintiff is still in state or local custody. Dkt. No. 30. Defendants have responded that plaintiff is not in custody and that they do not have plaintiff's current address. Dkt. No. 31. Plaintiff has not responded.

---

[1] There have been no filings by plaintiff since early May 2005 and none from defendants since late April 2005. Moreover, it appears that the Court's correspondence to plaintiff, including its order of August 22, 2005, has been returned by the King County Correctional Facility with the notation "out." Dkt. No. 29.

ORDER RECOMMENDED FOR ENTRY
PAGE -1

01         The show-cause deadline of September 28, 2005, has passed.  Moreover, it has been
02 almost five months since plaintiff has filed any court documents or responded to any court
03 order.  It appears that plaintiff no longer wishes to prosecute his case.  Therefore, pursuant to
04 Local Rule CR 41(b), the Court recommends that this case be dismissed without prejudice for
05 failure to prosecute.  A proposed Order accompanies this Report and Recommendation.
06         DATED this 14th day of October, 2005.

07                                                              /s/ James P. Donohue
08                                                              JAMES P. DONOHUE
                                                                United States Magistrate Judge