UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BILLY WILLINGHAM,                          )
                                           )
          Plaintiff,                       )     Case No. C05-0099RSM
                                           )
    v.                                     )
                                           )     ORDER OF DISMISSAL
OFFICER PHILLIPS, et al.,                  )
                                           )
          Defendants.                      )
_____        )

          The Court, having reviewed petitioner's 28 U.S.C. § 1983 petition, all papers and

exhibits in support and in opposition to that petition, the Report and Recommendation of the

Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does

hereby find and ORDER:

          (1)     The Court adopts the Report and Recommendation.

          (2)     Petitioner's § 1983 petition is DENIED, and this action is DISMISSED without

                  prejudice; and

          (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

                  Donohue.

          DATED this __21__ day of November, 2005.



                                                 _____
                                                 RICARDO S. MARTINEZ
                                                 UNITED STATES DISTRICT JUDGE

ORDER DISMISSING
PAGE -1